TOGUT, SEGAL & SEGAL LLP
Attorneys for CIGNA Healthcare
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger (NB-3599)
Jonathan P. Ibsen (JP-1860)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
                                               :

    In re:                                         :    Chapter 11
                                               :
    TELIGENT SERVICES, INC.,          :    Case No. 01-12974 (SMB)
                                             :    Substantively Consolidated
                               Debtor.    :
---------------------------------------------------------------------x

**ORDER DENYING REPRESENTATIVE'S MOTION TO VACATE
OCTOBER 18, 2002 ORDER AUTHORIZING ASSUMPTION OF
<u>EXECUTORY CONTRACT BETWEEN THE DEBTORS AND CIGNA HEALTHCARE</u>**

Savage & Associates, P.C., the Unsecured Claims Representative (the

"Representative") of Teligent, Inc. *et al.* (the "Debtors"), having filed a motion dated

October 3, 2003 (the "Motion") to partially vacate this Court's Order dated October 18,

2002 authorizing the assumption of that certain executory contract between the Debtors

and CIGNA Healthcare ("CIGNA") pursuant to section 105 of Title 11, United States

Code (the "Bankruptcy Code"), Rule 9024 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules") and Rule 60(b) of the Federal Rules of Civil

Procedure; and CIGNA and the Debtors having filed written objections to the Motion

(the "Objections") and this Court having jurisdiction to consider and determine the

Motion; and it appearing that consideration of the Motion is a core proceeding in accordance with 28 U.S.C. § 157;

**AND** the Court having given due consideration to the Motion and the Objections; and after hearing the Representative, CIGNA and the Debtors, by their respective counsel, at a Hearing before the Court on November 19, 2003; and upon consideration of all the facts and arguments relating thereto; and thereafter, the Court having considered the supplemental Affidavit filed on behalf of CIGNA in response to the Court's request, and the Reply thereto filed by the Representative; and good and sufficient notice of the Motion having been provided; and no further or other notice of the Motion being required, it is hereby:

**ORDERED**, that the Motion be, and it hereby is, DENIED.

Dated: New York, New York
February 2, 2004

                                               **/s/ STUART M. BERNSTEIN**
                                               HONORABLE STUART M. BERNSTEIN

                                               Chief Judge