Denise L. Savage (ds1498)
JennyAnn Carles (jc5832)
**Attorneys for the Unsecured Claims**
**Estate Representative of Teligent, Inc., et al.**
**SAVAGE & ASSOCIATES, P.C.**
56 Lafayette Avenue
White Plains, New York 10603
Tel: (914) 993-6600
Fax: (914) 993-6433
dsavage@salitigation.com
jcarles@salitigation.com
www.salitigation.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| In re:<br><br>**TELIGENT, INC., ET AL.,**<br><br>                     **Debtors.** | Chapter 11<br>Case No. 01-12974 (SMB)<br>(Substantively Consolidated) |

-----------------------------------------------------------------X

### THE UNSECURED CLAIMS ESTATE REPRESENTATIVE
### OF TELIGENT INC., ET AL.'S NOTICE OF APPEAL

Savage & Associates, P.C., the Unsecured Claim Estate Representative (the "Representative") for Teligent, Inc., et al. (the "Debtors"), the debtor in case no. 01-12974 (SMB) hereby appeals under 28 U.S.C. § 158 from the Memorandum Decision denying the Representative's Motion to Partially Vacate the Order Authorizing Assumption of Cigna Healthcare's Policy, and from the order (the "Order") which was entered thereon by the Court on February 2, 2004 in the above-captioned case.

The names of the parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Attorneys for Cigna Healthcare**
Neil Berger, Esq.
Togut, Segal & Segal
One Penn Plaza
New York, New York, 10119

**Attorneys for the Debtors**
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Attention: Anup Sathy, Esq.

DATED this this 11th day of February, 2004.

Respectfully submitted,

_____/s/Denise L.Savage_____
Denise L. Savage (DS-1498)

2